■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAL DANIELS, Appellant. [37 NYS3d 440]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 20, 2013 (*People v Daniels*, 103 AD3d 807 [2013]), affirming a judgment of the County Court, Suffolk County, rendered June 18, 2009.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Chambers, Hall and Barros, JJ., concur.

**39** THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v MIGUEL MATOS, Defendant. [37 NYS3d 440]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Suffolk County, rendered July 23, 2013.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Leventhal, J.P., Austin, Sgroi and Barros, JJ., concur.